NO. 07-04-0058-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 22, 2006

_____

GREGORY SHAWN BRYANT AND LINSEY KAY BRYANT,
INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE
OF KENNALEE D'LIN BRYANT, A DECEASED MINOR, APPELLANTS

v.

ERIC NICHOLAS LEVY, M.D., AMARILLO AREA HEALTHCARE
SPECIALISTS, L.L.P., NORTHWEST TEXAS HEALTHCARE
SYSTEM, INC., APPELLEES

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 89,510-E; HON. ABE LOPEZ, PRESIDING

_____

Before QUINN, C.J., REAVIS, J., and BOYD, S.J.[1]

**ON MOTIONS FOR REHEARING**

I concur with the opinion of Chief Justice Quinn that the motion for rehearing of Eric

Nicholas Levy, M.D., and Amarillo Area Healthcare Specialists, L.L.P. should be granted

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.  Tex. Gov't Code Ann. §75.002(a)(1) (Vernon 2005).

and the judgment should be affirmed as to Levy and Amarillo Healthcare Specialists, L.L.P.; otherwise, as to Northwest Texas Healthcare System, Inc., I would overrule its motion for rehearing and reverse that portion of the judgment of the trial court.


Don H. Reavis
Justice